No. 81–2105. MIZELL, WARDEN, VIENNA CORRECTIONAL CENTER *v.* WELSH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of respondent to strike material in petition denied. Certiorari denied.

No. 81–2358. AMERICAN NATIONAL BANK *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.